Robert L. Hyde
State Bar No.: 227183
Joshua B. Swigart
State Bar No.: 225557
**HYDE & SWIGART**
411 Camino Del Rio South, Ste. 301
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 330-4657

Douglas J. Campion, Esq. (SBN: 75381)
doug@djcampion.com
**Law Offices Of Douglas J. Campion**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

Attorneys for Plaintiff
Dirk T. Metzger

FILED
2006 SEP -8 PM 3:04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK T. METZGER,<br><br>PLAINTIFF,<br><br>V.<br><br>M.R.S. ASSOCIATES, INC.<br><br>DEFENDANT. | CASE NO.: CV06 1517 JM (WMO)<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

//
//
//
//
//
//
//

---

Notice and Order of Voluntary Dismissal Without Prejudice                    06CV 1517 JM (WMo)



**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: August 28, 2006

Respectfully submitted,

HYDE & SWIGART

By: _____
Robert L. Hyde
Attorney for Plaintiff

Dated: August 28, 2006

LAW OFFICES OF DOUGLAS J. CAMPION

By: _____
Douglas J. Campion, Esq.
Attorney for Plaintiff

## ORDER

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant M.R.S Associates, Inc., shall be, and herewith is, dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 9/7/06

_____
HON. JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE